**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN WILLIAM TEMPEL,<br><br>Defendant. | **CR-23-48-GF-BMM**<br><br><br>**ORDER** |

Defendant Dustin William Tempel ("Tempel") has moved to terminate his current term of probation pursuant to 18 U.S.C. § 3564(c). (Doc. 27.) The Court conducted a hearing on Tempel's motion on March 17, 2026. (Doc. 32.) The Government opposed Tempel's motion to terminate his probation. (*Id*.) The Court grants Tempel's motion. Tempel's term of probation will terminate on May 9, 2026.

Tempel pleaded guilty to health care fraud in violation of 18 U.S.C. § 1347. (Docs. 4 & 14.) The Court sentenced Tempel to 36 months' probation. (Docs. 20 & 21.) Tempel began his term of probation on November 9, 2023. (Doc. 28 at 2.)

1

Tempel has complied with the conditions of his probation for over one year. (*Id.*) Tempel's period of probation will expire on November 8, 2026. (*Id.*)

Federal law allows a court to reduce a defendant's term of probation after successfully completing probation for one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to modify a term of probation. *Id*.

The Court finds that the factors in 18 U.S.C. § 3553(a) support an early termination of Tempel's probation. Adequate punishment has been imposed that reflects the seriousness of Tempel's offense. Tempel served 28 months' probation. Tempel is scheduled to be discharged from probation on November 8, 2026. (Doc. 28 at 2.) Adequate deterrence also has been achieved. Tempel's probation officer reports that Tempel has maintained compliance with all Court ordered conditions. (*Id*. at 3.) Tempel has fulfilled his restitution obligations. (*Id*.)    The early termination of Tempel's probation comports with the § 3553(a) factors and proves "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).

Accordingly, **IT IS HEREBY ORDERED** that Tempel's Motion for Early Termination of Probation (Doc. 27) is **GRANTED**. The Court further directs Tempel to conduct a financial review and give notice of the review to the Court and

the Government before termination of his probation. Tempel's term of probation will terminate on May 9, 2026  upon further compliance of his conditions on supervised release and upon receipt of his financial review.

DATED this 18th day of March, 2026.


Brian Morris, Chief District Judge
United States District Court